No. 410, Misc.  EVANS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 413, Misc.  HURLEY *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 415, Misc.  SHISOFF *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.  *Frances Kahn* for petitioner.  *Frank S. Hogan* and *Harold Roland Shapiro* for respondent.

No. 416, Misc.  COLLINS *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 420, Misc.  DAVIS *v.* CALIFORNIA ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 422, Misc.  BLUNT *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 430, Misc.  LOWTHER *v.* MAXWELL, WARDEN. C. A. 6th Cir.  Certiorari denied.

No. 431, Misc.  KELLY *v.* KANSAS.  Sup. Ct. Kan. Certiorari denied.

No. 432, Misc.  RICHARDSON *v.* HOLMAN, WARDEN. Sup. Ct. Ala.  Certiorari denied.

No. 436, Misc.  LONG *v.* PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.